**Joyce H. Vega, SBN 228260**
**JOYCE H. VEGA & ASSOCIATES**
6185 Magnolia Avenue, Suite 318
Riverside, California 92506
Telephone: (888) 616-5762
Facsimile: (888) 616-5762

JS-6

[FILED STAMP: FEB 23 2011, CENTRAL DISTRICT OF CALIFORNIA]

Attorneys for Plaintiff DR. SAMUEL SEPUYA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SAMUEL SEPUYA, an individual ) | Case No.: 2:10-cv-07952-JFW-CW |
| Plaintiff, ) | |
| ) | ORDER ON |
| ) | **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF VERIFIED COMPLAINT PURSUANT TO FRCP 41;** |
| vs. ) | **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF;** |
| BRIAN MCCARVILLE, as an individual and in his official capacity and as a co-conspirator; TOBY BOWLER, as an individual and in his official capacity and as a co-conspirator; JAN ALEXANDER, as an individual and in her official capacity and as a co-conspirator; SAN BERNARDINO COUNTY SUPERIOR COURT, a judicial agency; DOES 1 through 10, inclusive. ) | |
| Defendants ) | |

Notice of Plaintiff's Voluntary Dismissal of Verified Complaint

NOTICE IS HEREBY GIVEN that plaintiff DR. SAMUEL SEPUYA and attorney JOYCE H. VEGA request this Court to issue an order dismissing plaintiff's Verified Complaint WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Plaintiffs' Motion to Dismiss is presented pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Where dismissal by notice is properly invoked, the right is absolute, the court has no discretion and no court order is required; the notice is self-executing. Id. at 298; American Soccer Co., Inc. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999).

This action is still in its relative infancy and no opposing party has signed either an answer or filed a Motion for Summary Judgment so pursuant to FRCP 41 the Plaintiff is entitled to dismiss this Verified Complaint on his own initiative.

## CONCLUSION

For the above reasons, Plaintiff respectfully requests that this Court to issue an order dismissing the entire Verified Complaint without prejudice.

Dated: February 21, 2011

Respectfully Submitted,

JOYCE H. VEGA & ASSOCIATES

_____
Joyce H. Vega
Attorney for Plaintiffs

1  I, Dr. Samuel Sepuya, hereby declare that I have read the foregoing NOTICE OF
2  PLAINTIFF'S VOLUNTARY DISMISSAL OF VERIFIED COMPLAINT PURSUANT
3  TO FRCP 41 and hereby agree with its representations, form and content.
4
5  Dated:  February 21, 2011                            *signature*
6                                                      Dr. Samuel Sepuya
7
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## ORDER

The Court hereby dismisses the entire Verified Complaint without prejudice pursuant to F.R.C.P. 41.

Dated: 2-23-11

*[signature]*
United States District Court Judge